AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Todd Branden Casey<br><br>*Defendant* | ) Case: 1:23-mj-00228<br>) Assigned To : Harvey, G. Michael<br>) Assign. Date : 8/25/2023<br>) Description: Complaint W/ Arrest Warrant<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Todd Branden Casey                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 231(a)(3) (Civil Disorder),
18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers),
18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds),
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds),
18 U.S.C. § 1752(a)(4) (Engaging in Physical Violence in a Restricted Building or Grounds),
40 U.S.C. § 5104(e)(2)(E) (Impeding Passage Through the Capitol Grounds or Buildings),
40 U.S.C. § 5104(e)(2)(F) (Act of Physical Violence in the Capitol Grounds or Buildings).

Date:     08/25/2023                                                     *Issuing officer's signature*
                                                                Digitally signed by G. Michael Harvey
                                                                Date: 2023.08.25 12:15:31 -04'00'

City and state:     Washington, D.C.               G. Michael Harvey, U.S. Magistrate Judge
                                                                *Printed name and title*

### Return

This warrant was received on *(date)* 08/25/2023, and the person was arrested on *(date)* 08/30/2023
at *(city and state)* Georgetown, CO.

Date: 08/31/2023                                                  *Arresting officer's signature*

                                                Special Agent Kyle Michieli
                                                *Printed name and title*