UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 23-cr-327-RC |
| | : | |
| TODD BRANDEN CASEY, | : | |
| | : | |
| Defendant. | : | |

**UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO
CONTINUE JURY TRIAL**

The United States of America, by and through the United States Attorney for the District of Columbia respectfully opposes the defendant's motion requesting this Court continue his jury trial for 60 days. Although the government appreciates the constraints discussed by opposing counsel, this case was scheduled for trial on September 16, 2021 after at least two other status dates on which the Court tried to determine the earliest possible trial date, with ample time to accommodate travel and lodging[1].

The government has endeavored to promote an efficient administration of justice and trial, and will be prepared to proceed with trial on January 21, 2025. In the alternative, the government would be amenable to an earlier date, if feasible[2].

---

[1] On July 12, 2024 and August 12, 2024, this Court held status hearings to determine whether the Court's schedule had cleared to set a trial date as soon as possible. On a third status date, September 16, 2024, the Court set a jury trial date of January 21, 2025. Unrelated, the government submits – based on open-source review of online accommodation websites – that not all lodging is as expensive as alleged.

[2] The government is aware, for example, that *United States v. Daniel Ball,* 23-cr-160-RC, was originally scheduled for January 6, 2025, and this Court recently vacated that trial date on October 29, 2024. D.D.C. Minute Entry October 29, 2024. The government is also aware of the Court's grant of a continuance in *United States v. William Pope*, 21-cr-128-RC. This case does not represent the same level of challenges or complexity as *Pope*, and the government expects to present a streamlined trial.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

Date: November 12, 2024    */s/ Aliya Khalidi*

ALIYA KHALIDI
Assistant United States Attorney
MA Bar Number 682400
U.S. Attorney's Office for the District of Columbia
601 D Street, NW Washington, D.C. 20001
(202) 252-2410
Aliya.khalidi@usdoj.gov


*/s/ Kaitlin Klamann*

KAITLIN KLAMANN
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
(202) 252-6778
Kaitlin.klamann@usdoj.gov
IL Bar No. 6316768